IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID,

                      Petitioner,

v.

STATE OF WISCONSIN DHS,
DLTC, CRO, DMHSAS, WRC,
KAREN L., MIKE, RANDI, TOM,
BOB, NANCY, ERICA, JAMES,
JENNIFER B, DANA, STEVEN MH,
DAN W, LEON, TODD, DAN M,
NIKKI, ABBAS, KENRIC, STEVE JH,
MISSY, MARLA, JENNIFER D,
VICKIE, CHEMA, KATHY, CHAD,
DAWN, BYRAN, DERIC, DARRELL,
MATT, DIANE, CHRISTI, JOHN,
JIM, MARIE, KAREN T, KEVIN,
COUNSEL and STEVE W,

                      Respondents.

ORDER

08-cv-536-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In response to an order entered in this case on September 15, 2008, petitioner has submitted a resident account statement for the six-month period immediately preceding the filing of the complaint. From the statement, I conclude that petitioner has the means to prepay a portion of the filing fee in the amount of $23.15.

1

Petitioner is reminded that once he pays the amount I have determined he is able to prepay, that is just the first step in obtaining leave to proceed in forma pauperis under 28 U.S.C. § 1915. After the court receives petitioner's $23.15 payment, I will take his complaint under advisement for a determination under § 1915(e)(2) whether the action or any portion of it must be dismissed as frivolous or malicious, for failure to state a claim on which relief may be granted or because petitioner seeks monetary relief against a defendant who is immune from such relief.

ORDER

IT IS ORDERED that petitioner qualifies financially for pauper status on the condition that he prepay $23.15 of the $350 filing fee. He is to submit a check or money order made payable to the clerk of court in that amount on or before October 14, 2008. If, by October 14, 2008, petitioner fails to prepay the amount he has been ordered to pay, I will dismiss this case for his failure to prosecute.

Entered this 24th day of September, 2008.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge