IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID J. CLARK,

                                                                       ORDER

                Plaintiff,

                                                      08-cv-536-bbc

      v.

KAREN LEITNER, MIKE CARROLL, ROBERT
KRIZ, NANCY SEEFELDT, ERICA SCHEDEL,
RANDI RAHMER, NICOLE SUESS, MELISSA
SAUBY, ABBAS ANGHA, KENRIC KLEMZ,
STEVE HAMILTON, DAN WINKLER, STEVE
HABLE, DANA KRUEGER, ROBIN MEIKLEJOHN,
MATT DAVIS, TERRY WELHOUSE, SCOTT
ALLEN, LEON LIPP, JIM EMERSON, TONY
GASSEN, MIKE PRIEBE, PAT KRIZ, RYAN ALBALAN,
JASON PROBST, ANDY SCHNEIDER, DAISY
BILLINGTON, MATT DAVEL, LONNIE SELIG,
MARLA BOBHOLZ-DAVIS, DAN MINNICK,
JENNIFER DEGROOT, VIKKI WEBER, KATHY
SABEL, BYRAN BARTOW, CHRISTI BERMEJO and
JOHN EASTERDAY,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       On March 6, 2009, I entered an order denying plaintiff's third motion to amend his complaint because I concluded that the new allegations he had proposed were a reiteration of the claims on which he is proceeding and that the addition of seven new defendants was

1

unnecessary because this case has already undergone significant delay waiting for the current 37 defendants to be served.  In the same order, I noted that plaintiff had provided the corrected spellings of defendants Albalan's and Selig's names and I amended the caption accordingly.  Now, however, it has come to the court's attention that further action is required with regard to defendant Selig because he or she has not yet answered the complaint.  Previously, defendant Selig had been treated as a Doe defendant because the Attorney General had been unable to locate this defendant, who was incorrectly identified in the complaint as "Lonnie LaSalle."  Now that defendant Selig has been identified, I will utilize the informal service agreement between the Attorney General and this court to obtain service on defendant Selig.  A copy of this order, the February 2, 2009 screening order and plaintiff's amended complaint are being sent today to the Attorney General for service on defendant Selig.

ORDER

IT IS ORDERED that pursuant to an informal service agreement between the Attorney General and this court, a copy of this order, the February 2, 2009 screening order, dkt. #22, and plaintiff's amended complaint, dkt. #17, are being sent today to the Attorney

General for service on defendant Selig.

Entered this 15th day of May, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge