IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID J. CLARK,

                Plaintiff,                ORDER

     v.                                      08-cv-536-bbc

KAREN LEITNER, *et al.*,

                Defendants.

---

     Plaintiff David Clark is a civilly-committed mental health patient held at the Wisconsin Resource Center. Plaintiff has filed a lawsuit alleging violations of the Religious Land Use and Institutionalized Persons Act, the First Amendment and the Fourteenth Amendment's due process clause. On March 11, 2010 Attorney Michael Paul Erhard appeared as counsel for plaintiff. A revised schedule was entered on April 13. On July 7, Attorney Erhard filed a motion to withdraw as counsel stating that plaintiff had asked him to withdraw. On July 13, I entered a text order stating that upon plaintiff's confirmation that he had asked Attorney Erhard to withdraw, I would grant the motion.

     Now, plaintiff has confirmed that he asked his lawyer to withdraw and I will grant the motion. Because plaintiff has chosen to proceed without assistance from a lawyer, he cannot complain about the difficulties of litigating *pro se*. No motions for extensions or special help will be granted on this basis. As this court has stated on three prior occasions, appointment of counsel is not warranted in this case. Plaintiff must now prosecute this lawsuit himself.

ORDER

IT IS ORDERED that Attorney Michael Erhard's request to withdraw as counsel in this case, dkt. # 67, is GRANTED.

Entered this 27th day of July, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge