IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID J. CLARK,

    Plaintiff,

v.

STATE OF WISCONSIN DEPARTMENT
OF HEALTH SERVICES,
JOHN EASTERDAY, BRYAN BARTOW,
KAREN LEITNER, CATHY SABEL,
ROBERT KRIZ, ABBAS ANGTHA,
STEVE HAMILTON, DAN WINKLER,
ROBIN MEIKELJOHN, SCOTT ALLEN,
ERICA SCHEDEL, JENNIFER DEGROOT,
RANDI RAHMER, LEON LIPP, PAT KRIZ
and CHRISTI BERMEJO,

    Defendants.

JUDGMENT IN A CIVIL CASE

08-cv-536-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion for summary judgment and dismissing this case.

_____     _5/25/11_
Peter Oppeneer, Clerk of Court        Date